1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL McCOY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

OCT  9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) 2:13-CR-0341 JAM |
| v. | ) ORDER TO SEAL |
| MARCOS SOTO GONZALEZ, aka, Antonio Suazo Landa; and ANTONIO PANIAGUA ROSALES, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 8/9/10

_____
ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3