BENJAMIN B. WAGNER
United States Attorney
MICHAEL McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0341 JAM |
| Plaintiff, | |
| v. | ORDER TO UNSEAL |
| MARCOS SOTO GONZALEZ, aka, Antonio Suazo Landa; and ANTONIO PANIAGUA ROSALES, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be unsealed.

Dated: October 9, 2013

*[signature]*

ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and [Proposed] Order

3