1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    BENJAMIN D. GALLOWAY, #214897
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     MARCOS SOTO GONZALEZ

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-00341 JAM |
| | ) | |
| 12            Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| 13      v. | ) | |
| | ) | |
| 14   MARCOS SOTO GONZALEZ | ) | DATE:        January 21, 2014 |
| | ) | TIME:        9:45 am |
| 15          Defendants. | ) | JUDGE:    Hon. John A. Mendez |
| | ) | |
| 16 | ) | |

17        IT IS HEREBY STIPULATED and agreed to between the United States of America

18 through MICHAEL McCOY, Assistant U.S. Attorney; defendant MARCOS SOTO GONZALEZ

19 by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the

20 status conference set for November 19, 2013 be continued to January 21, 2014 at 9:45 a.m.

21        The reason for this continuance is to allow defense counsel additional time to review

22 discovery with the defendant, investigate the facts of the case, and to negotiate a resolution to

23 this matter. The parties find that the ends of justice to be served by granting a continuance

24 outweigh the best interests of the public and the defendant in a speedy trial.

25        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26 should be excluded from the date of signing of this order through and including January 21, 2014

27 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

28 T4 based upon continuity of counsel and defense preparation.

1     DATED:        November 14, 2013          Respectfully submitted,

2                                              HEATHER E. WILLIAMS
                                               Federal Defender
3
                                               */s/ Benjamin Galloway*
4                                              BENJAMIN GALLOWAY
                                               Assistant Federal Defender
5                                              Attorney for Defendant
                                               MARCOS SOTO GONZALEZ
6

7     DATED:        November 14, 2013          BENJAMIN B. WAGNER
                                               United States Attorney
8
                                               */s/ Michael McCoy*
9                                              MICHAEL McCOY
                                               Assistant U.S. Attorney
10                                             Attorney for Plaintiff

11

12                              **O R D E R**

13         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14    November 19, 2013, status conference hearing be continued to January 21, 2014, at 9:45 a.m.

15    Based on the representation of defense counsel and good cause appearing there from, the Court

16    hereby finds that the failure to grant a continuance in this case would deny defense counsel

17    reasonable time necessary for effective preparation, taking into account the exercise of due

18    diligence.   The Court finds that the ends of justice to be served by granting a continuance

19    outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

20    time up to and including the January 21, 2014 status conference shall be excluded from

21    computation of time within which the trial of this matter must be commenced under the Speedy

22    Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

23    defense counsel reasonable time to prepare.

24

25    DATED: November 14, 2013
                                               /s/ John A. Mendez
26                                             HON. JOHN A. MENDEZ
                                               United States District Court Judge
27

28

      *United States v. Gonzalez*                      -2-
       Stipulation and Order