BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MARCOS SOTO GONZALEZ,<br> aka, Antonio Suazo Landa,<br><br>                    Defendant. | CASE NO. 2:13-CR-00341-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 25, 2014<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 25, 2014.

2. By this stipulation, defendant now moves to continue the status conference until April 15, 2014 at 9:45 a.m., and to exclude time between February 25, 2014, and April 15, 2014 at 9:45 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery has been either produced directly to counsel or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review this discovery, engage in additional research and investigation, discuss potential resolutions with his client, prepare

pretrial motions, and/or otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2014 to April 15, 2014 at 9:45 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  February 21, 2014      BENJAMIN B. WAGNER
                United States Attorney

                /s/ MICHAEL D. McCOY
                MICHAEL D. McCOY
                Assistant United States Attorney

Dated:  February 21, 2014      /s/ ROBERT McCANN
                ROBERT McCANN
                Counsel for Defendant
                Marcos Soto Gonzalez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of February, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3