BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARCOS SOTO GONZALEZ,<br> aka, Antonio Suazo Landa,<br><br>                    Defendant. | CASE NO. 2:13-CR-00341-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 29, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 29, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until August 12, 2014 at 9:30 a.m., and to exclude time between July 29, 2014, and August 12, 2014 at 9:30 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery has been either produced directly to counsel or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review this discovery, engage in additional research and investigation, discuss potential resolutions with his client, prepare

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

pretrial motions, and/or otherwise prepare for trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2014 to August 12, 2014 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 18, 2014                              BENJAMIN B. WAGNER  
                                                   United States Attorney

                                                   /s/ MICHAEL D. McCOY  
                                                 MICHAEL D. McCOY  
                                                 Assistant United States Attorney

Dated:  July 18, 2014                              /s/ ROBERT McCANN  
                                                 (by telephone authorization)  
                                                 ROBERT McCANN  
                                                 Counsel for Defendant  
                                                 Marcos Soto Gonzalez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of July, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE