ROBERT MCCANN SB170286
MCCANN & ASSOCIATES
A PROFESSIONAL CORP-ORATION
2100 WATT AVENUE, SUITE 100
SACRAMENTO, CA 95825

ATTORNEY FOR MARCOS SOTO GONZALEZ

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF SACRAMENTO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARCOS SOTO GONZALEZ,<br><br>　　　　　Defendant | Case No.: 2:13-CR-00341-JAM<br><br>STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON<br><br>DATE: AUGUST 12, 2014<br>TIME: 9:30 a.m.<br>COURT: HON. JOHN A. MENDEZ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel and record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 12, 2014.
2. By this stipulation, defendant now moves to continue the status conference until September 9, 2014 at 9:30 a.m., and to exclude time between August 12, 2014, and September 9, 2014, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
    (a) The government has represented that the discovery has been either produced directly to counsel or made available for inspection and copying.
    (b) The parties have initiated plea negotiations. Once the government presents a formal plea offer to the defense, counsel for defendant will need additional time to review the discovery in light of the offer, discuss this and other

        potential resolutions with his client, and, if the offer is rejected, prepare for trial.

    (c)    Counsel for defendant believes that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.\

    (d)    The government does not object to the continuance.

    (e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    (f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2014 to September 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the end of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 7, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ MICHAEL D. McCOY
                                          MICHAEL D. MCCOY
                                          Assistant United States Attorney

Dated: August 7, 2014                    /s/ ROBERT McCann
                                          Counsel for Defendant
                                          Marcos Soto Gonzalez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of August, 2014

/s/ John A. Mendez

U. S. DISTRICT COURT JUDGE