BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00341-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARCOS SOTO GONZALEZ, aka, Antonio Suazo Landa, | DATE: October 14, 2014 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 14, 2014.

2. By this stipulation, defendant now moves to continue the status conference one week until October 21, 2014, and to exclude time between October 14, 2014, and October 21, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery has been either produced directly to counsel or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

   b) The parties are in active plea negotiations.  The government intends to present a formal written plea agreement to the defense within the next few days.  Once received, counsel for defendant will need additional time to review the proposed plea agreement, review the discovery in light of the proposed agreement, discuss this and other potential resolutions with his client, and, if the offer is rejected, prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2014 to October 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 10, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant United States Attorney

Dated: July 10, 2014

/s/ ROBERT McCANN
(by telephone authorization)
ROBERT McCANN
Counsel for Defendant
Marcos Soto Gonzalez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of October, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE