PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Respondent,<br><br>v.<br><br>MARCOS SOTO GONZALEZ,<br><br>           Movant. | 2:13-cr-0341-JAM-KJN (P)<br><br>(2:17-cv-1177-JAM-KJN (P))<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |

On July 14, 2017, Respondent moved for a 30-day extension time to file a response to Movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Respondent's request for a 30-day extension of time (ECF No. 98) is granted; and

2. The response is now due on or before August 13, 2017.

Dated: 07/17/17

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gonz0341.eot